# United States Court of Appeals for the Fifth Circuit

_____

No. 23-10747
Summary Calendar

_____

United States Court of Appeals
Fifth Circuit

**FILED**
February 1, 2024

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Montray Lorenzo Cato,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:12-CR-194-1

_____

Before Smith, Higginson, and Engelhardt, *Circuit Judges*.

Per Curiam:*

The Federal Public Defender appointed to represent Montray Cato has moved to withdraw and has filed a brief per *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Cato has not filed a response.

We have reviewed counsel's brief and relevant portions of the record.

_____

* This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 23-10747

We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.  Accordingly, the motion to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.